PALLANGE, Respondent, vs. FIRST WISCONSIN NATIONAL BANK, Appellant: LIBERTY STATE BANK and others, Defendants.

*September 14—December 4, 1934.*

For the appellant there was a brief by *Miller, Mack & Fairchild,* and oral argument by *Paul R. Newcomb,* all of Milwaukee.

*William E. Burke* of Milwaukee, for the respondent.

The following opinion was filed October 9, 1934:

FAIRCHILD, J. This case was argued and submitted with the case of *Pallange v. First Wisconsin Nat. Bank, ante,* p. 418, 256 N. W. 708, and is ruled by the decision therein.

*By the Court.*—Order reversed, and cause remanded for further proceedings according to law.

A motion for a rehearing was denied, without costs, on December 4, 1934.